# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

          Plaintiff,

  -vs-

**CHRISTOPHER A. PASKEL,**
**ANTHONY J. YATEMAN,**
**GARY A. KIRKSEY, DERRICK L.**
**BOHANNON, TOYA M. OLDS,**
**MICHELLE M. MAYS,**
**TERRILL E. CRAWFORD,**
**DAIDRA BROWN, and**
**CHAZMAR D. SPIVEY,**

          Defendants.

**Case No. 06-CR-207**

# ORDER

The defendant, Daidra Brown ("Brown"), filed a Motion to Suppress statements made in connection with the above-captioned case. Magistrate Judge Patricia J. Gorence has recommended that Brown's motion be denied.

The Court has read the Recommendation, reviewed the record and read the submissions, and rules as follows. The Court adopts the Magistrate Judge's Recommendation and the authority supporting it. Brown's motion is **DENIED.**

Dated at Milwaukee, Wisconsin, this 8th day of February, 2007.

                              **SO ORDERED,**

                              **s/ Rudolph T. Randa**
                              **HON. RUDOLPH T. RANDA**
                              **Chief Judge**